*10922294*

U.S. MARSHAL - DC AM 9:33
RECEIVED JUL 2' 19

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  | |
|---|---|
| United States of America <br> v. <br> THOMAS CATINELLA <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Case: 19-mj-00178
Assigned To : Judge Deborah A. Robinson
Assign. Date : 7/1/2019
Description: Complaint w/Arrest Warrant

## ARREST WARRANT

**FILED**

**JUL 1 0 2019**

To:     Any authorized law enforcement officer

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     THOMAS CATINELLA

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  See the attached Affidavit which is incorporated here in by reference.

Date:   7/1/2019

*Issuing officer's signature*

**Deborah A. Robinson**
**United States Magistrate Judge**

City and state:     Washington, DC

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/1/19 , and the person was arrested on *(date)* 7/10/19 <br> at *(city and state)* Arlington, VA . <br><br> Date: 7/10/19 <br><br> *Arresting officer's signature* <br><br> Lawrence Amoaso, Special Agent <br> *Printed name and title* |